

**SO ORDERED.**

**SIGNED this 4 day of December, 2015.**

*Stephani W. Humrickhouse*
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE: | |
| **NEW INNOVATIVE PRODUCTS,** | **CASE NO. 15-02833-5-SWH** |
| DEBTOR. | **CHAPTER 11** |
| | |
| **NEW INNOVATIVE PRODUCTS, INC.,** ) | |
| *Plaintiff*, ) | |
| vs. ) | **ADV. PRO. NO. 15-00072-5-SWH** |
| **ONDECK CAPITAL, INC.,** ) | |
| *Defendant*. ) | |

## ORDER ALLOWING MOTION FOR APPROVAL
## OF SETTLEMENT AND COMPROMISE

**THIS MATTER**, coming before the Court upon the *Motion for Approval of Settlement and Compromise* (the "Motion") filed by NEW INNOVATIVE PRODUCTS, INC. (the "Debtor" or "Plaintiff"), seeking approval of the terms and conditions of a compromise and settlement reached with ONDECK CAPITAL, INC. ("OnDeck" or "Defendant") in the above-captioned bankruptcy and associated adversary proceedings. The Court finds that adequate

notice of the Motion was given to all creditors and parties-in-interest and no objections were raised thereto and, based upon the record and its consideration of the terms, provisions, and conditions of the settlement and compromise between Plaintiff and Defendant should be allowed pursuant to § 105 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is **ALLOWED** and the compromise and settlement reached by the Plaintiff and Defendant in the above-captioned matter, the details and specifics of which are to be memorialized in a Settlement Agreement is hereby **APPROVED.** Plaintiff, likewise, is authorized to execute and undertake any actions necessary to consummate the terms of the proposed settlement and compromise including, but not limited to, execution of the Settlement Agreement.

**END OF DOCUMENT**